# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Gary Lee Hensley, Wanda Renault Hensley

V.

City of San Buenaventura; Mike Freemean DBA San Buenaventura Freeway Mini, A.K.A. Freeway Ministorage

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv0398 W (NLS)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants both Defendant City's and Defendant Freeman's motions to dismiss with prejudice...

| March 20, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON March 20, 2008 |

07cv0398 W (NLS)